Hans KURTH and Gunther Habermann v.
Walter E. CARR, District Director of
Immigration, etc.

No. 9306.

Circuit Court of Appeals, Ninth Circuit.

Oct. 2, 1939.

Hans Kurth and Gunther Habermann, in pro. per.

Ben Harrison, U. S. Atty., and Ralph E. Lazarus, Asst. U. S. Atty., both of Los Angeles, Cal., for appellee.

Before GARRECHT and DENMAN, Circuit Judges.

PER CURIAM.

Upon motion of appellee to dismiss appeal for failure of appellants to file record and docket cause, and appellants consenting thereto, it is ordered that the appeal in this cause, Ex parte Kurth, 28 F.Supp. 258, be dismissed for failure of appellants to file record and docket cause, that a decree of dismissal be filed and entered accordingly, and the mandate of this court herein issued forthwith.

Ruth Dunham LANGDON v. BANK OF
SAN RAFAEL.

No. 9312.

Circuit Court of Appeals, Ninth Circuit.

Oct. 2, 1939.

Chas. A. Christin and John J. Redhead, both of San Francisco, Cal., for appellant.

Freitas, Duffy & Keating, of San Rafael, Cal., for appellee.

Before GARRECHT and DENMAN, Circuit Judges.

PER CURIAM.

Upon consideration of stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal herein dismissed, that a decree of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

Arthur F. LARRABEE, Appellant, v. Eugene
BISCAILUZ, Sheriff of Los Angeles County, Cal., Appellee.

No. 9216.

Circuit Court of Appeals, Ninth Circuit.

Oct. 17, 1939.

Sherman & Sherman and Lee Stanton, all of Los Angeles, Cal., for appellant.

Buron Fitts, Dist. Atty., and Jere J. Sullivan, Deputy Dist. Atty., both of Los Angeles, Cal., for appellee.

Before DENMAN, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon consideration of the transcript of record, and of briefs filed by respective parties, and after oral argument, ordered appeal herein dismissed, that a decree of dismissal be filed and entered accordingly, and mandate issue as provided in Rule 28 of this Court.

Robert S. LEE, Appellant, v. UNITED
STATES of America.

No. 11546.

Circuit Court of Appeals, Eighth Circuit.

Oct. 9, 1939.

Warren C. Lee, of Jacksonville, Fla., for appellant.

Maurice M. Milligan, U. S. Atty., and Randall Wilson, Asst. U. S. Atty., both of Kansas City, Mo.

PER CURIAM.

Appeal dismissed without costs to either party in this court on motion of appellant.